UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      :

UNITED STATES OF AMERICA

      :    **SECOND PRELIMINARY ORDER OF FORFEITURE AS TO <u>SUBSTITUTE ASSETS</u>**

    - v. -

      :

GAURAV DHINGRA,

      :    S1 22 Cr. 180 (KPF)

     Defendant.

      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about February 9, 2024, GAURAV DHINGRA (the "Defendant") was charged in a one-count Superseding Information, S1 22 Cr. 180 (KPF) (the "Information"), with conspiracy to commit wire fraud and money laundering, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, on or about February 9, 2024, the Defendant pleaded guilty to Count One of the Information pursuant to a plea agreement with the Government;

WHEREAS, on or about February 12, 2024, the Court entered a Preliminary Order of Forfeiture/Money Judgment, which imposed a forfeiture money judgment against the Defendant in the amount of $4,999,011.44 in United States currency (the "Money Judgment"), representing proceeds the Defendant obtained as a result of the offense charged in Counts One the Information, and the property involved in the offense charged in Count One of the Information;

WHEREAS, to date, the entire Money Judgment entered against the Defendant remains unpaid;

WHEREAS, as a result of acts and omissions of the Defendant, the United States has not been able to locate, obtain or collect assets traceable to the proceeds of the Defendant's offenses, despite the exercise of due diligence in investigating the assets of the Defendant;

WHEREAS, the Government has identified the following specific asset in which the Defendant has an ownership interest:

> The real property located at 107 Armstrong Place, #410, Canmore, Alberta T1WOA5, more specifically described as Condominium Plan 0513341, Unit 25 and 196, Undivided one ten thousandth shares in the common property excepting thereout all mines and minerals, Title No. 221 031 983, ATS Reference: 5; 10; 24; 15; NW, Municipality: Town of Canmore, Reference Number: 221 031 982

(the "Substitute Asset"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title and interest in the Substitute Asset, which request the Defendant does not oppose.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.     All of the Defendant's right, title and interest in the Substitute Asset is hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2.     Upon entry of this Second Preliminary Order of Forfeiture as to Substitute Assets, the United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture, shall be authorized to take possession of the Substitute Asset and to keep it in its secure, custody and control.

3.     Upon entry of a Final Order of Forfeiture, the Substitute Asset shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4.     Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute

Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Asset must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Asset, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Asset and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. The United States may also, to the extent practicable, provide direct written notice to any person, other than the Defendant, known to have an alleged interest in the Substitute Asset, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Asset, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8.    The Court shall retain jurisdiction to enforce this Second Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated:  New York, New York
        September 10, 2024

SO ORDERED:

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE