UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against –

GAURAV DHINGRA,

              Defendant.

- - - - - - - - - - - - - - - - - - X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. S1 22 Cr. 180

Upon the application of the United States of America, by PATRICK R. MORONEY, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of GAURAV DHINGRA (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of India, and permanent resident of Canada.

3. On or about February 8, 2024, the defendant was paroled into the United States for the purpose of criminal prosecution, pursuant to Section 212(d)(5) of the Immigration and Nationality Act of 1952, as amended, ("Act" or "INA").

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offenses: conspiracy to commit wire fraud and money laundering in violation of 18 U.S.C. § 371.

5. A total maximum sentence of five (5) years' imprisonment may be imposed for the above-mentioned offense.

6. The defendant is subject to removal from the United States pursuant to INA Section 212(a)(2)(A)(i)(I), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7. The defendant has waived his right to notice and a hearing under INA Section 238(c), 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated INDIA as the country for removal pursuant to INA Section 240(d), 8 U.S.C. § 1229a(d) and CANADA, as an alternate country for removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to INA Section 238(c), 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to INDIA, with an alternate order of removal to CANADA.

Dated: New York, New York
September 10, 2024

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE