

147 West 25th Street, 12th Floor
New York, New York 10001
chaudhrylaw.com

October 11, 2024



*Via* **ECF and Email**

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States of America v. Gaurav Dhingra*, **22-CR-180 (KPF)**
             **Withdrawal of Counsel**

Dear Judge Failla:

    This Firm represented Gaurav Dhingra, whom Your Honor sentenced on September 10, 2024, in the above-captioned proceeding. That matter is now concluded, and there are no further appearances. Accordingly, and with Mr. Dhingra's approval and consent, this Firm respectfully moves to withdraw as counsel.

    We are available at the Court's convenience to discuss any matter relating to this request.

                              Very truly yours,

                              */s/ Priya Chaudhry*

                              Priya Chaudhry

Cc:    Gaurav Dhingra (*by email*)

        AUSA Patrick R. Moroney (*by email*)

Priya Chaudhry        priya@chaudhrylaw.com        212.785.5550

Application GRANTED. The appearances of Mr. Winkler and Ms. Chaudhry are withdrawn as of the date of this Order.

The Clerk of Court is directed to terminate the pending motion at docket entry 49, and to remove Mr. Winkler and Ms. Chaudhry from the docket of this case.

Dated:  October 15, 2024          SO ORDERED.
        New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE