UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                 :
  UNITED STATES OF AMERICA                       :    **FINAL ORDER OF**
                                                 :    **FORFEITURE**
                -v.-                             :
                                                 :    S1 22 Cr. 180 (KPF)
  GAURAV DHINGRA,                                :
                                                 :
                Defendant.                       :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       1.      WHEREAS, on or about April 9, 2024, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Order") (D.E. 28), which ordered the forfeiture to the United States of all right, title and interest of GAURAV DHINGRA (the "Defendant") in Binance account with user identifier ending in 2269 (the "Binance Account"), formerly containing the following cryptocurrency:

    a. Approximately 41.07621525 ETHW;
    b. Approximately 0.00931 BETH;
    c. Approximately 12081.94595 SGB;
    d. Approximately 451.546 XNO;
    e. Approximately 108187889.8 SHIB;
    f. Approximately 586.32161808 DOT;
    g. Approximately 8453.486334 TRX;
    h. Approximately 387128.81937 ADA;
    i. Approximately 42173.1408 ZIL;
    j. Approximately 4.7387963 BTC;
    k. Approximately 14.08070163 BNB;
    l. Approximately 82.96118542 ETH;
    m. Approximately 99 NEO;
    n. Approximately 2659.751 XLM; and
    o. Approximately 2.99155673 XMR

(a. through o, collectively, the "Substitute Assets");

      WHEREAS, the Substitute Assets Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Assets Order, notice of the United

States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on August 14, 2024, for thirty (30) consecutive days, through September 12, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on November 4, 2024 (D.E. 51);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Assets have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Substitute Assets;

WHEREAS, between December 2022 and January 2023, the Government seized the following cryptocurrency from the Binance Account:

    a. 41.07621525 ETHW;
    b. 0.00931 BETH;
    c. 12081.94595 SGB;
    d. 451.546 XNO;
    e. 108187889.8 SHIB;
    f. 586.32161808 DOT;
    g. 8453.486334 TRX;
    h. 387128.81937 ADA;
    i. 42173.1408 ZIL;
    j. 4.7387963 BTC;
    k. 14.08070163 BNB;
    l. 82.96118542 ETH;
    m. 99 NEO;
    n. 2659.751 XLM; and
    o. 2.99155673 XMR

(a. through o., collectively, the "Seized Cryptocurrency");

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Seized Cryptocurrency is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Seized Cryptocurrency.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Seized Cryptocurrency and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
     November 4 , 2024

SO ORDERED:

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE